Dale K. Galipo, Esq. (SBN:144074)
dalekgalipo@yahoo.com
Shannon Leap, Esq. (SBN 339574)
sleap@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 92367-6479
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiff Michael Timothy Duran

James R. Touchstone, Esq. (SBN 184584)
jrt@jones-mayer.com
Denise L. Rocawich, Esq. (SBN 232792)
dlr@jones-mayer.com
Melissa M. Ballard (SBN 185739)
mmb@jones-mayer.com
**JONES MAYER**
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendants CITY OF WEST COVINA (also erroneously sued as WEST COVINA POLICE DEPARTMENT), IAN PAPARRO, CHRIS QUEZADA, CHIEF OF POLICE RICHARD BELL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TIMOTHY DURAN,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF WEST COVINA; WEST COVINA POLICE DEPARTMENT; IAN PAPARRO; CHRIS QUEZADA; CHIEF OF POLICE RICHARD BELL; DOES 1 to 10, inclusive,<br><br>Defendants | **Case No.: 2:20-cv-11029-CAS-PD**<br>*Assigned for All Purposes to:*<br>*Judge Christina A. Snyder*<br><br>**NOTICE OF REQUEST FOR DISMISSAL**<br><br>*[[Proposed] Order Filed Concurrently Herewith]* |

**TO THIS HONORABLE COURT:**

PLEASE TAKE NOTICE that Plaintiff Michael Duran and Defendants City of West Covina (also erroneously sued as West Covina Police Department), Ian Paparro, Chris Quezada, and Chief of Police Richard Bell, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) to an order dismissing this case in its entirety, with prejudice, each party to bear its/her/his own attorneys' fees and costs.

Good cause exists for the dismissal because the parties have reached a settlement.

Respectfully submitted,

Dated: November 21, 2023         LAW OFFICES OF DALE K. GALIPO

                                 By: _____
                                     Dale K. Galipo
                                     Shannon Leap[1]
                                     *Attorneys for Plaintiffs*

Dated: November 21, 2023         JONES MAYER

                                 By: */s/ Melissa M. Ballard*
                                     James R. Touchstone
                                     Denise L. Rocawich
                                     Melissa M. Ballard
                                     Attorneys for Defendants,
                                     CITY OF WEST COVINA
                                     (also erroneously sued as WEST COVINA POLICE DEPARTMENT), IAN PAPARRO, CHRIS QUEZADA, CHIEF OF POLICE RICHARD BELL

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-2-   Case No. 2:20-cv-11029-CAS-PD

**NOTICE OF REQUEST FOR DISMISSAL**