JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TIMOTHY DURAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF WEST COVINA; WEST COVINA POLICE DEPARTMENT; IAN PAPARRO; CHRIS QUEZADA; CHIEF OF POLICE RICHARD BELL; DOES 1 to 10, inclusive,<br><br>        Defendants | Case No.: 2:20-cv-11029-CAS-PDx<br>*Assigned for All Purposes to:*<br>*Judge Christina A. Snyder*<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

## ORDER

Pursuant to the Joint Stipulation for Dismissal with Prejudice filed by the Parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the case has ended and is hereby dismissed with prejudice. Each side shall bear its own attorney's fees and costs incurred in this matter.

Accordingly, the Clerk of the Court is respectfully directed to close this case.

**IT IS SO ORDERED.**

Dated: November 22, 2023

*Christina A. Snyder*
Hon. Christina A. Snyder
United States District Court

-1-   Case No. 2:20-cv-11029-CAS-PD
[PROPOSED] ORDER